IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

RECEIVED

APR 22 2016

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

_____Jeremy P. Gallant_____
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:   PRISONER # 624-283

vs.

_____Anthony Cadogan_____
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)
        et al.

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:
Faisal Ahmed, Ms. Clagg
Mr. Cool,  Mr. Whitman
Mr. Frazie, Mr. Sattersfield
Mr. Opead, Ms. Oahlopan
Mr. Holdren, Mr. Wilson
Mr. Hunzjadi,
10 Jon/Jane Does

1:16CV487
J. BARRETT
MJ. LITKOVITZ

**COMPLAINT**

I.   PARTIES TO THE ACTION:

   PLAINTIFF:   PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

   _____Jeremy P. Gallant_____
   NAME - FULL NAME PLEASE - PRINT
   Southern Ohio Corr. Facility
   S.O.C.F. - No. 624-283
   ADDRESS: STREET, CITY, STATE AND ZIP CODE
   P.O. Box 45699
   Lucasville, OH, 45699
   _____
   TELEPHONE NUMBER

   IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

   PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES (✓) NO ( )

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT    1:14-cv-199

   PLAINTIFFS: Jeremy P. Gallant

   DEFENDANTS: Faisal Ahmed et al Defendants

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)
   Southern District - Western div

3. DOCKET NUMBER
   1:14-cv-199

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED
   Chief Judge Dlott

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
   Pending

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT
   3/6/2014

7. APPROXIMATE DATE OF THE DISPOSITION
   —

PLACE OF PRESENT CONFINEMENT

Southern Ohio Correctional

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

5120-9-31

1. WHAT STEPS DID YOU TAKE?

   1. Informal Complaint
   2. Grievance
   3. Appeal

2. WHAT WAS THE RESULT?

   Vindictively placed on grievance restrictions retaliations.

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

   In some aspects of case state remedies were unavailable.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (✓) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

   Correspondences attempts to utilize complaint/grievances

2. WHAT WAS THE RESULT?

   Unlawfully denied unjustly prevented unconstitutionally refused

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Anthony Cadogan -
   NAMES - FULL NAME PLEASE
   S.O.C.F. P.O. Box 45699 - Lucasville OH 45699 -
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Faisal Ahmed - S.O.C.F.
   P.O. Box 45699 - Lucasville, OH, 45699

3. Ms. Clagg - SOCF - P.O. Box 45699
   Lucasville, OH, 45699

4. Mr. Cool - S.O.C.F. P.O. Box 45699
   Lucasville, OH, 45699

5. Mr. Whitman - S.O.C.F. P.O. Box
   45699 - Lucasville, OH, 45699

6. Mr. Frazie - Mr. Satterfield
   Mr. Mead       Ms. Mahlman
   Mr. Holdren -

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

Mr Wilson
Mr Hunyadi
Jon/Jane Does x 10