# United States District Court
## Southern District of Ohio
### ~ Western Division ~

1/33

Jeremy P. Gallant
No. 624-283 ~ S.O.C.F.
P.O. Box 45699
Lucasville, OH. 45699

v.

Anthony Cadogan
et al
Defendants

CASE:

1:16-CV-487

January 31 2017
Scioto County Ohio

Honorable

Judge Barrett
M. Judge Litkovitz

# Verified Amended Complaint

## Petition For Monetary/Injunction Relief
## ~ Constitutional Assertions ~

Respectfully:

I. Now Comes Plaintiff Jeremy P Gallant, proceeding pro-se in Civil action Case No. 1:16-CV-487 "Gallant v. Cadogan" respectfully submitting a verified amended Complaint, as a revised addition to the original pleadings.

II. Plaintiff a pro-se litigant and indigent ward of the state of Ohio's Department of Rehabilitation and Corrections (O.D.R.C.) Comes before the most Honorable United States District Courts, to submit a amended revision in the Civil assertions set forth in the Complaints inscriptions.. Plaintiff submits Such pleadings in the District Court with the presiding Federal authoritys permission and in accordance with FED.R.CIV.P. Rule 15, requesting that the judicial Discretitions and legal analysis be applied accordingly.

III. Plaintiff, pursuant to 42 U.S.C. § 1983, raises a claim for legal redress for the Constitutional violations and Deprivations occurring at The Southern Ohio Correctional Facility. Pursuant to 28 U.S.C. § 1391 (b)(2) this Court maintains judicial jurisdictions in the ~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO - 2/33

~ WESTERN DIVISION ~

1:16-CV-487                                      Jan 31, 2017

~ III ~ Civil affair before us, due to all of the Events omissions, and unconstitutional Trans-gressions giving rise to the Civil pursuit Transpiring within the Districts venue of law.

A.          ~ PROSPECTIVE DEFENDANTS ~
     intended parties to be held accountable
     Officially and individually Responsible

I. all parties listed are infact responsible for the Constitutional violations and Deprivations either by Directly Compelling and/or Consciouly allowing the infractions as Condoning Culprits and authorizing accomplice to the unconstitutional perpetrations all responsible state officials able to be identified are listed below. Plaintiff includes 10 Jon # Jane Does Listing inorder to reserve positions for the unidentified Culprits. all parties are to be Held in both individual and official Capacities for the Constitutional assertions.

I.    Mr. Anthony Cadogan ~ Deputy warden
II.   Francal ahmed ~ Chief medical officer
III.  Mr. Cool ~ Deputy warden
IV.   Mr. Whitman ~ Mail Supervisor
V.    Mr. Frazie ~ Mail Supervisor
VI.   Mr. Mead ~ Mail attendant
VII.  Mr. Satterfield ~ Mail attendant
VIII. Ms. Marilman ~ Inspector
IX.   Mr. Wilson ~ Chief Inspector
X.    Mr. Hunyadi ~ Chief Inspector
XI.   10 Jon # Jane Does ~ (Pending Joinder) ~
                  II. all parties listed are to be Held as Defendant for the unconstitutional Transgressions either by Direct actions or indirect participations, and are to be held accountable on the Civil assertions.

# United States District Court
## Southern District of Ohio ~ 3/34
### ~ Western Division ~

1:16-cv-487                                    Jan 31, 2017

## B. ~ Exhaustion of State Remedy

I. I, Jeremy P. Gallant, a pro-se litigant and plaintiff in case, pursuant to 28 U.S.C. § 1746, do declare under pains and penalties of perjury that the foregoing statement is true and correct. I, Jeremy P. Gallant do hereby swear and affirm that before initiating this civil claim I first sought to utilize and exhaust all available state remedies as federally required. This I do swear and affirm...

II. Plaintiff must forewarn the presiding federal authority that while in some instances the litigant was in fact successful in achieving exhaustion, in others plaintiff was unable, as the state were rendered fundamentally unavailable by listed defendants, as asserted in section D of the complaint. These constitutional depriva-tions are in direct violation of plaintiff's rights, as these infractions unlawfully prevents the pro-se litigant from complying with certain federal requirements...

## C. Constitutional Assertions
### Basic Inscriptions (or Complaint

I. Plaintiff has constructed a sectionalized format with the complaints assertions. The complaint contains individual segments according to the constitutional components involved...

### a. Prejudicial Perjury ~ Defamation of Character ~

I. This section of the complaints assertions involve defendant Faisal Ahmed's acts of unlawful perjury and retaliatory fabrications set in place in both medical compositions and legal documents for litigations in this court (case 1:14-cv-199 Gallant v. Ahmed).

# UNITED STATES DISTRICT COURTS
## SOUTHERN DISTRICT OF OHIO ~ 4/33
### ~ WESTERN DIVISION ~

1:16-cv-487                                          Jan. 31, 2017

II. Plaintiff must insist that if the presiding Federal authority will please make judicial reference to Civil Case 1:14-cv-199, Gallant v. quqed, which was initiated in these chambers. The listed defendant, Faisal quqed was the main defendant, and the main culprit to the unconstitutional transgressions as transcribed.

III. Defendant Faisal quqed, on or about December 2, 2015, through defense counsel, did infact file a two page declaration in this court, in support of a motion for summary judgement ~ (see Case 1:14-cv-199 Doc 165-5 pg 1747)

IV. Defendant Faisal quqed's two page declaration include 15 paragraphs that contain prejudicial fabrications and defamatory concoctions, which constitute perjury in a court of law.

V. Plaintiff, upon discovering the defendants prejudicial perjury set-in-place within the two page declaration ~ (Doc 165-5) did infact notify the courts of the defamatory recitings, submitting verification to show the fraudulent fabrications. ~ (Please see Case 1:14-cv-199 ~ Doc no 170 Filed 12/30/2015 ( Doc 175 Filed 2/4/2016)

VI. Defendant Faisal quqed did infact strategically construct this slanderous fabrications by committing blatant acts of perjury, which inturn, resulted in the termination of the plaintiffs civil case.

VII. The extent of Defendant Faisal quqed's prejudicial perjury include but is not limited to the calculated and deceitefully defamation of character by Faisal quqed's assasinations and fabrications portraying plaintiff as malingering, and only seeking intoxicating gains, all set-in-place to justify the medical deliberate indifference.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
~ WESTERN DIVISION ~

1:16-cv-487

Jan 31 2017

VIII. DEFENDANT Faisal ahmeds ENTIRE Two page DECLARATION is Based upon a Fraudulent structure of design and Contains Fabrications, Falsifications, and deceitfully Conceived Concoctions introduced to sabotage plaintiffs civil Case and justify Summary judgement, constituting perjury and resulting in The plaintiff suffering Constitutional Deprivations...

IX. In particular, one out of Defendant Faisal ahmeds 15 paragraph Declaration is paragraph 7, which states: "On august 6th 2013, during a Doctor sick Call visit Inmate Gallant advised me that He would Commit suicide if I did not prescribe Him narcotic medication." "I informed Inma- -te Gallant that neither the x-ray nor CT scan of his back demonstrated any anomaly that would justify prescribing any synthet- -ic narcotic medication." "In addition I - -notified Security to place Inmate Gallant on Suicide watch." ~ This entire entry is False, and Constitutes one of The more severe acts of perjury...

X. Defendant Faisal ahmeds prejudicial Fabrications are many, and were not only introduced in civil litigations, but also these Fraudul- -ent recitings extend to plaintiffs medical records, and Continue to Haunt plaintiff with other medical professionals.

XI. plaintiff must petition The District Courts to apply its discerning interpret- -ations and judicial analysis To These Deliberate infractions as a matter of just Course of Constitutional Law... plaintiff Therefore asks The Courts To issue judicial orders as seen just Fair and appropriate, in regards to The Defendants slanderous Defamation and prejudicial perjury, ordering the subtraction of all entries and insert- n

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO ~ 6/33
### ~ WESTERN DIVISION ~

1:16-cv-487                                    Jan, 31, 2017

## B.I ACTS OF RETALIATIONS
### UNNECESSARY USE OF FORCE

I. Plaintiff, upon Submitting the very first Civil Complaint, (which was Obstructed ~ as asserted in Sec. E "U.S. Mail Obstruction~ oct 23) initiated a Hunger Strike To peace~ fully all Constitutional Deprivations and what case entails. Once again Plaintiff encounters a Barrage of State Employee retaliations, all being committed in Direct response To Plaintiffs protected actions. This particular incident involves a very Brutal Unnecessary use of Force, which transpired during The Course of Plaintiffs Hunger Strike and Consist of violations of First, Eighth and Fourteenth amend~ ments To The Constitution. All inscriptions within Contain matters of Sound Truth and Factual recitings as encountered...

II. On December, 12th 2015, at Southern Ohio Correction Facility, Housing unit K-4, Cell 2, Plaintiff was Conducting a Hunger Strike To peacefully protest Unconstitutional Transgressions.

III. S.O.C.F. Housing unit K-4 Cell 02, is a Observation Cell (with a Lexian Case (plexi Glass Front Cover) and is Station infront of a video surveillance system, which provides a Frontal position in viewing. This Entire incident is recorded.

IV. On December 12th 2015, at or around 8:00 p.m., Plaintiff, due To Hunger Strike was Overcome with a severe Case of low Blood Sugar. Plaintiff Made several attempts at obtaining assistance.

V. After several attempts going Disregarded Plaintiff was supplied Food provisions by a Fellow prisoner, which Consisted of 2 Brown Bags Contain P.B. Sandwiches.

# United States District Court
## Southern District of Ohio ~ 7/33
### ~ (Western Division~

1:16~CV~487                                              Jan. 31, 2017

VI. It was at this time that my officers ~ Button & Jon Doe ~ arrived at the location, in response to Plaintiff receiving food provisions. These officers made hostile demands for the food provisions in a very threatening manner.

VII. Plaintiff made attempts at explaining to responding officers that Plaintiff wish to terminate the hunger strike by consuming the food rations, due to low Blood Sugar.

VIII. The responding officers became aggressively antagonistic and verbally abusive issuing threatening demands. Plaintiff out of fear and intimidation, requested a shift captain and medical official be summons.

IX. Officers refused and once again issued menacing demands for Plaintiff's food provisions in a combatively disgruntle tone. Plaintiff gave one of two brown bags containing food rations and made attempts at concealing the second bag.

X. The officers made discovery of the act of desperate concealment of food provisions and once again issued threatening demands. Plaintiff requested shift captain, but was refused.

XI. At this time, due to officers very threatening tone, Plaintiff turned to face the back of the cell and put hands over head. It was then that officers unlawfully administered a brutal unnecessary use of force, by maliciously spraying O.C. chemical all over Plaintiffs persons, causing a unbearable amount of excruciating pains and emotional turmoils of sufferings.

United States District Court

Southern District of Ohio ~ 8/33

~ Western Division ~

1:16-CV-487                                                  Jan. 31, 2017

xii. Plaintiff, on this very day, December 12th 2015, suffered grossly unconstitutional inflictions in a savagely cruel and inhumane fashion, committed on a very vindictive, retaliatory pretense indirect violation of the First and Eighth amendments to the Constitution.

xiii. This entire incident is recorded by video surveillance, and upon review will verify all recitings inscribed.

xiv. Furthermore, plaintiff was deprived of 14th amendment rights by being denied due process, as officers fraudulently reported plaintiff, during the incident, spit on officers, which is false.

xv. Officers Burton and Jon Doe fabricated rule infractions in a conspired manner, to aide in justifying the unlawful and unnecessary use of force.

xvi. Plaintiff was denied all due process and procedural rights in the fabricated rule infractions by being induced to plead guilty by threat of further punishments and privilege loss, when infact plaintiff was innocent of such conduct.

xvii. Plaintiff, due to defendants and responsible state officials unlawful actions and unethical behaviors suffered constitutional violations of severe magnitude. Plaintiff asks the presiding federal authority hold all responsible parties accountable for the grossly unconstitutional transgressions, which video recordings will infact verify.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO %33
### ~ WESTERN DIVISION ~

1:16-CV-487                                          Jan. 31, 2017

## B.II MEDICAL DELIBERATE INDIFFERENCE

I. This section of the Complaint's inscriptions involve vindictively intentional violations and deprivations of plaintiff's Eighth and First amendment rights. The actions inscribed were infact inflicted upon plaintiff in a retaliatory fashion, and consist of intentional inflictions of unbearable pains, inhumane conditions, torturous sufferings and brutal reprisals with retaliations and deliberate indifference to serious physical injuries, aswell as medical conditions. plaintiff is unaware as to the extent to which these unconstitutional inflictions extend with regards to violations of the constitution, and therefore implore upon the judicial Chambers to interpret such accordingly.

II. The involved culprits able to be identified and intended to be listed as Defendants in case include, but are not limited to the following parties: Deputy Warden of Special Services Mr. Anthony Cadogan, with whom is charged with the task of ensuring the delivery of medical care (among others)— Health Care Administrator, Mrs. Clagg, with whom is charged with the task of ensuring medical services and Daily operations remain in compliance with state policy— Chief Medical Officer, (whose named with whom's obligation (at time of offense) it was to provide plaintiff with adequate medical care. These Defendants failed, intentionally, to adhere to their state obligations by the violations and blatant disregards. plaintiff ask the courts to hold the parties listed accountable for their transgressions, as setforth in the following assertions. all matters setforth in assertions are transcribed as encountered

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO ~ 10/33

~ WESTERN DIVISION ~

1:16~CV~487                                                    Jan. 31, 2017

III. On March 3rd, 2015, at Southern Ohio Correctional Facility (S.O.C.F.) Plaintiff Jeremy P. Gallant, sustained a severe injury to right hand~ "Broken ffracture metacarpal bone along thumb~wrist area."

IV. This injury and the extent of agonizingly painful symptoms was announced by Plaintiff to numerous state officials and medical staff, all in which completely disregarded Plaintiff's desperate pleas for medical.

V. Due to the surrounding circumstances involved, Plaintiff remained patient, compliant, and persistent in obtaining medical treatment.

VI. On March 6th, 2015, Plaintiff initiated a hunger strike in a frantic and most desperate attempt to receive medical, as the untreated injuries were painfully unbearable toreatment.

VII. At some point on time, after Plaintiff initiated hunger strike, Plaintiff had a x-ray done of right hand which confirmed a broken metacarpal bone.

VIII. Pursuant to D.R.C. policy 68-MED-17 "Hunger Strike" the Plaintiff was classified as Hunger Strike on March 9th 2015, after refusing the 9th consecutive meal.

IX. On this very day, March 9th 2015 Plaintiff was notified by state officials, that Plaintiff would be seen by Defendant Faisal Ahmed, the chief medical officer.

X. Plaintiff hesitated at the notion of once again subjecting his self to the cruel hands of Defendant Faisal Ahmed, as previous encounters between Plaintiff and Defendant (May 19th ~2004) resulted in Faisal Ahmeds malicious agitations of Plaintiff's injuries.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO     11/33
~ WESTERN DIVISION ~

1:16~Cv~487                                    Jan 31 2017

XI. Plaintiff's Personal Recollections From
March 9th 2015 proceeds as follows: I tremble
at the thought of this disgusting cretin of a
Doctor, as I immediately flash back to a
previous encounter involving what can only
be classified as a Torture Session, where
the Defendant Faisal Ahmed, allowed his
personal contentions and ill-willed resent-
ments, accumulated due to my previous civil
litigations directed at her, to interupt the
professional obligations, ethical committment
and moral aptitude, causing Faisal Ahmed to
Lash out in a retaliatory reprisal. On May 14th
2014, in S.O.C.F I made attendance to a medical
examination for a injury I sustained to my
right knee. This appointment occurred shortly
after Faisal Ahmed was served with the
Civil Case 1:14 cv-144. It was during this
examination that Plaintiff (I) suffered
the wrath of Faisal Ahmed's retaliations.
During the appointment, as I lay upon the
Examiners Table, Faisal Ahmed Forcefully
grabs hold of my injured right leg and began
to agitate the injury to intentionally inflict
agonizing pains. Not only was this Traumatic
Encounter stained upon my conscious, I
was also weary of Defendant Faisal Ahmed's
falsified fabrications and fraudulent Com-
-positions inserted into my medical records
relaying that I am Drug seeking, malingering,
and demanding narcotics. These unethical
acts are put-forth to slander, tarnish and
Defame my name with character assasinat-
-ions. If only I would of Listen to my first
intuition and took heed to my previous Encou-
-nters with the merciless Faisal Ahmed.
Unfortunately I did not, as I was forced
to either attend the Session with Faisal
Ahmed or go without medical. On March
9th 2015 I attended the appointment with
Defendant Ahmed and I will forever
regret it!! * End of Recollection *

United States District Court
Southern District of Ohio 12/33
- Western Division -

1:16-cv-487                                    Jan. 31, 2017

XII. On March 9th, 2015, at or around 9:30 a.m. Plaintiff, while handcuffed behind the back legs tightly shackled and with a very painful broken right hand, made attendance at the physical examination with defendant Ahmed.

XIII. During the March 9th, 2015 physical examination a contentious confrontation arose, between the Plaintiff and defendant Ahmed, resulting in plaintiff being openly assaulted by both defendant Ahmed and unidentified state officials.

XIV. The entire incident on March 9th, 2015, was deceitfully revised by State officials conspired fabrications, in order to make it appear as if Plaintiff assaulted defendant Ahmed during the physical altercation, which is untrue and incorrect.

XV. Defendants, - Mr. Cadogan, Mrs. Clagg and Faisal Ahmed, both before and after the March 9th 2015 incident were deliberately indifferent to Plaintiff's serious injuries, pains and sufferings by the very vindictively intentional refusals to provide any medical treatments, thus inflicting cruel and inhumane conditions conceived in a retaliatory fashion, in direct violation of Plaintiff's Constitutional Rights.

XVI. Due to Defendants deliberate indifference, plaintiff was forced to reside from March 3rd to the 17th 2015 with absolutely no medical treatment for the serious physical injuries and symptoms.

XVII. On April 17 2015, plaintiff was finally medically transferred and emergency admitted to Franklin Medical Center. Such emergency transportation was not initiated by any of the Defendants but rather was made by outside interventions. For was it not for outside intervention, plaintiff would have remained with untreated injuries.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO 03/33
## ~ WESTERN DIVISION ~

1:16~CV~787                                    Jan, 31, 2017

XVIII. On March 18TH 2015 at OHIO STATE medical Center, Plaintiff underwent Surgery To receive 3 metal pins, being inserted into The Broken Right Hand...

XIX. Upon plaintiff's return To S.O.C.F. Listed Defendants Once again show Deliberate indifference To Plaintiff's injury and medical Conditions, forcing Plaintiff To Endure Such inhumane Sufferings while residing in a mental Health Suicide Cell (Housing Unit J-1 Cell 2).

XX. Due To Defendants and State Officials Deliberate indifference and Complete Disregard for Plaintiff's medical Conditions. Plaintiff's Right Hand became in~ ~fected grossly inflamed, and painfully Swollen producing Foul Smelling discharge...

XXI. On May 18TH 2005, The Plaintiff, due To Serious infection, Had To be Emergency Transfered To OHIO State medical Center, where The attending physician made written Orders for treatment

XXII. Upon plaintiff returning To S.O.C.F. The Listed Defendants and State Officials Once again Deliberately indifferent To Plaintiff's injuries and Conditions, by refusing All of The Oders For Treatment

XXIII. In Conclusion To This Section of The Complaint, The Plaintiff, Due To The Listed Defendants and unidentified State Officials' Deliberate indifference To Derelictions of Duty for, and Complete disregard with The injuries and medical Conditions, was squagely Subjected To Cruel and inhumane inflictions with The Deprivations of basic Constitutional Rights. The intolerable and Horrendous inflictions set justification for Entitled relief and legal redress Being issued by This venue of Judicial Law...

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO ~ 14/33
### ~ WESTERN DIVISION ~

1:16-CV-487                                          JAN 31, 2017

XXIV. PLAINTIFF NOW SUFFERS PERMANENT DISFI-
-GUREMENT DUE TO DEFENDANTS DEPRIVATIONS
OF RIGHTS AND ASK THE COURTS TO HOLD ALL
LISTED DEFENDANTS ACCOUNTABLE.

C.~ ACTS OF RETALIATION ~
~ CAMPAIGN OF HARRASSMENT ~

I. ALL INSCRIPTIONS WRITTEN WITHIN THIS SECTION
OF THE COMPLAINT, ARE PLAINTIFF RECOLLECTIONS
RECITINGS IN RETALIATIONS ENCOUNTERED IN A
CAMPAIGN OF HARRASSING REPRISAL. EACH AND
EVERY INSERT TRANSCRIBED, HAS IN FACT BEEN
PERPETRATED UPON THE PLAINTIFFS PERSONS IN
A VINDICTIVELY RETALIATORY MANNER, FOR THE
PLAINTIFFS PURSUITS IN THE UNDERLYING CONS-
-TITUTIONAL VIOLATIONS AND DEPRIVATIONS.

II. THIS SECTION OF THE COMPLAINT INCLUDES BUT
IS NOT LIMITTED TO FIRST AND EIGHTH AMENDMENT
VIOLATIONS COMMITTED BY LISTED DEFENDANTS
AND UNIDENTIFIED STATE OFFICIALS. DESCRIPTIONS
BEGIN WITH THE MOST SEVERE ACTS OF REPRISAL.

ACT 1. ON JULY 2, 2015, WITHIN S.O.C.F. HOUSING UNIT
J-1 CELL 5, AT OR AROUND 2:30 A.M. - 3:30 A.M. IN THE
EARLY MORNING HOURS PLAINTIFF WAS SLEEPING.

A.2 AT OR AROUND THIS TIME, PLAINTIFF WAS JARRED
AWAKE BY A LOUD COMMOTION AND A UNKNOWN NOISE,
FOLLOWED BY A VERY STRONG AND POTANT CHEMICAL
AROMA. A UNIDENTIFIED STATE EMPLOYEE MADE A
COMMENT AT THIS TIME, REGARDING PLAINTIFF'S
CIVIL LITIGATIONS.

                    A.3. THE COMMENT WAS MADE
FROM A DISTANCE, AND PERTAINED TO A PARTICULAR
DEFENDANT, MRS. CLAGG ~ ALONG THE LINES OF: ~
"THAT WILL TEACH YOU TO SUE MRS. CLAGG.

                    A.4 FOR
THE RECORD, MRS. CLAGG IS A LISTED DEFENDANT IN
CIVIL ACTION, CASE NO. 1:14-CV-189 "GALLANT V. ANDREO" ~

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO ~ 15/33
### ~ Western Division ~

1:16-cv-487                                      Jan. 31, 2017

~ 9.4 ~ Initiated in this venue of judicial law, and is the spouse of S.O.C.F's Cpt Class...

9.5. At this time, on July 2, 2015, Plaintiff was over-welmed by a very potent chemical substance that seem to penetrate and stain Plaintiffs senses... This lethal substance remained stained upon plaintiffs sense of 'smell' for over 48 hours.

9.6. Plaintiff was also over-welmed with a intense bout of coughing, as the body's internal organs immediately began to reject whatever lethal substance that was inhaled...

9.7 Due to this severe fit of coughing and the potent chem~ical aroma that remains, plaintiff could not return to sleep... The bouts of coughing increased, and the very toxic and pungent chemical odor was all plaintiff could smell as breathing complications continue...

9.8. Plaintiffs personal recollections from July 2, 2015 proceed as follows: I immediately suspect foul play, as anyone would, as it was quite apparent that some sort of lethal substance had just been covertly administered... However, out of shock and fearful panic, I attempt to find some sort of explanation to what just occurred... with time continual and the chemical aroma staining my entire sense of smell, and with the coughing enhancing, I knew what just happen, I was targeted due to my civil pursuits, with some sort of lethal chemical agent being administered in retaliation... Still to this very day I suffer breathing complications from this incident and it is only a matter of time until whatever chemical substance was used takes full effect. I know my own body, and it has been exposed to a lethal chemical...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO - 16/33
~ WESTERN DIVISION ~

1:16-CV-487                                        Jan. 31, 2017

9.9. Plaintiff, immediately after the July 2, 2015 incident, made desperate pleas of obtaining emergency medical treatment by submitting Health Service request, institutional correspondence and utilizing available state remedies with Grievances.

9.10. Listed Defendants and Responsible State Officials were infact notified of this incident, and completely ignored such entirely, refusing to act accordingly denying Plaintiff any actions, medical, nor investigations.

9.11. Plaintiff, on August 2, 2015, due to the suffocating effects and symptoms, with the breathing complications persistently worsening, had to be emergency transfered to S.O.C.F. medical infirmary.

9.12. On this day, August 2, 2015, Plaintiff did infact relay the July 2, 2015 chemical exposure to the attending medical staff, which completely disregarded such.

9.13. On this day, August 2, 2015, a unidentified medical official fraudulently reported that Plaintiff refused medical treatment during examination. ~ False ~

9.14. Plaintiff, to this very day still suffers breathing complications and deterioration of health, as a result of the July 2, 2015 chemical exposure, all while State Officials and listed Defendants continue to be deliberately indifferent to the incident, refusing Plaintiff all forms of medical treatment and testing.

9.15. Plaintiff's personal declaration: In conclusion to this section of the complaint and for Official Record, should any certain illness, injury or inexplicable fatality befall upon I, Jeremy P. Gallant despite what any report may relay as-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO - 17/33
~ WESTERN DIVISION ~

1:16-cv-487                                                    Jan 31, 2017

#15 ~ Cause. The Courts must know that such
was not the result of natural origin and was
brought about due to the Events Transcribed.
It is shocking as to How These State Officials
are able to freely Exchange Such Ruthless
reprisal. What is Even more disTurbing and
shocking TruTh To This Lucasville Regime's
unlawful Ethics and disgusting Operations;
is afTer supervising officials were made
aware of The Events That Transpired, They
all completely disregarded The July 2, 2005
Transgressions. It is quite alarming as To How
The listed Defendants, State Officials, and
OutSide State agencies, afTer being advised
of The July 2, 2015, incident, Turn a blind eye,
Deaf Ear. Completely ignoring my pleas for
assistance and aide. I remain in a Heavy
State of Dismay, as whatever lethal Chemical
Substance I was maliciously Exposed To,
Continues To intrude upon my Health. Things
Have spiralled Completely Out-of-Control all
because I choose To stand up for my Rights
while engaged. I boldly stand up in The face
of such adversity, opposing This Disgusting
and Demented injustice. Do know, That
when my ultimate Demise does Occur
The investigating parties, will only Have To
make reference To This particular assertion
To Discover The TruTh and Cause. I Have
Come To Terms with such a ugly shades of
reality, and I welcome my fate. I continue
To suffer Health Complications, due To The
maliciously Heinous Transgressions with Chest
and abdomen pains, breathing Troubles and
oTher Troubles I Have never before Encount-
ered. Do know, That whenever my End
should arrive, its premature appearance
was brought by This incident. I ask The
Courts To remember This assertion
upon my Fatality!

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO - 18/33

~ WESTERN DIVISION ~

1:16-CV-487                                      Jan. 31, 2017

D) ACTS OF RETALIATION

Campaign of Harassment
~ STATE REMEDY EXHAUSTION PREVENTION ~

I. THIS SECTION OF THE COMPLAINT'S ASSERTIONS
CONTAINS FURTHER ACTS OF RETALIATIONS COMMITTED
IN SUCH A CAMPAIGN by LISTED DEFENDANTS
INSPECTOR MAILROOM CHIEF INSPECTOR Roger
WILSON, ASSISTANT CHIEF INSPECTOR EUGENE
HUNYADI AND UNIDENTIFIABLE STATE OFFICIALS.
THE ACTS TRANSCRIBED PERTAIN TO UNCONSTITUT-
-IONAL DEPRIVATIONS OF 14TH AMENDMENT RIGHTS
OF DUE PROCESS WITH A UNLAWFUL IMPLEM-
-ENTATION OF STATE REMEDY RESTRICTION ON
PLAINTIFF'S ABILITY FOR UTILIZATIONS OF THE
5120-9-31 GRIEVANCE PROCEDURES, WHICH
IN TURN, IMPEDES UPON ACCESS TO COURT. THIS
UNCONSTITUTIONAL DEPRIVATION IS CONCEIVED
IN A RETALIATORY OFFENSE AS DEFENDANTS
STRATEGICALLY SET-IN-PLACE A GRIEVANCE
RESTRICTION, THERE-FORE RENDERING SUCH
EXHAUSTION IN COMPLIANCE, FUNDAMENTALLY
UNAVAILABLE. THIS UNLAWFUL RESTRICTION
AND UNCONSTITUTIONAL PREVENTION INFACT
WAS IMPOSED FOR A FRAUDULENT REASONING
AS ASSERTIONS GO TO STATE. SUCH INFLICTIONS
AND UNCONSTITUTIONAL DEPRIVATIONS DID INFACT
CONSTRUCT HINDERING EFFECTS, OBSTRUCTING
OBSTACLES, AND PREVENTIVE BARRIERS, ON
PLAINTIFF'S ABILITIES IN COMPLYING WITH
FEDERAL REQUIREMENTS ON STATE REMEDY
EXHAUSTIONS WITH SOME COMPONENTS IN
THE CIVIL ASSERTIONS.
                          II. PLAINTIFF, ALONG
WITH FELLOW S.O.C.F. STATE PRISONERS,
DURING THE MONTH OF JUNE & JULY, 2015, IN
HOUSING UNIT J-1, CONTINUED TO ENCOUNTER
U.S. MAIL OBSTRUCTIONS, TAMPERINGS AND
UNLAWFUL WITH-HOLDINGS, WITH REGARDS TO
PERSONAL OUTSIDE CORRESPONDENCE...

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO ~ 19/33
### ~ WESTERN DIVISION ~

1:16-CV-487                                      Jan. 31, 2017

III. PLAINTIFF, and THE INFLICTED PRISONERS after ENCOUNTERING REPETITIVE ACTS OF U.S. Mail Obstructions, sought to pursue such unlawful Transgressions by utilizing the O.D.R.C. INTERNAL REMEDY 5120-9-38, Prisoner Grievance procedure.

IV. PLAINTIFF on the process of utilizing State Remedies on the ongoing U.S. Mail Obstructions, did infact assist fellow prisoners on pursuits with internal remedy and grievance.

V. On July 14TH, 2005 within S.O.C.F's Housing Unit J-1 PLAINTIFF was infact served with a D.R.C. informal Complaint Resolution Restriction, dated July 7th 2015, which was authorized and endorsed by both Defendants Oppleman and Hunyadi.

VI. This unlawful Restriction and unconstitutional Deprivation was opposed for a fraudulent reason relaying "abuse", "misuse", and "Repetitive Filing"

VII. PLAINTIFF upon being unjustly served and unlawfully Sanctioned with such restriction, was denied all forms of appeal and any opportunities to have such restriction heard further on before a review board for proper examination as a matter of Due process, in direct violation of plaintiff's rights.

VIII. PLAINTIFF for official record and as a matter of Constitutional Assertion must state that such a Restriction directly affects and impedes upon a prisoners ability in accessing Courts by interfearing in the Exhaustion Decree of P.L.R.A. and should therefore entail its very own Due process procedure internally. It does not, which is a Deprivation of Constitutional Rights.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO ~ 20/33
### ~ WESTERN DIVISION ~

1:16-CV-487                                        Jan. 31, 2017

IX. On July 15th 2015, on S.O.C.F. Housing Unit J-1
Cell 5 Plaintiff received a D.R.C. 4018
Form "Conduct Report" Composed by Defendant
Ogahlman, alleging violations of Rule 61.~
~ "Any violation of published institutional
rules, regulations, or procedure.

X. Defendant
Ogahlman, within This Falsely Constructed
Conduct Report goes To Fabricate allegations
stating; "inmate Gallant Conspired with
other inmates To file Grievances on The
mail Accop"- which is incorrect, but set in
place To Justify The unlawfully imposed
Grievance Restriction. No other Conduct
Reports were issued.

XI. Plaintiff, was
unjustly inflicted by This Unlawful State
Remedy Restriction and was infact secured
The necessary Documentation and Declarat-
-ions by alleged Co-Conspirators To Disprove
Defendants Fraudulent Fabrications and
Falsely Conceived allegations derived To
impose The Obstructing Grievance restriction.

XII. Plaintiff, after being Served with The
unlawfully imposed Grievance Restriction
immediately notified Defendant Roger
Wilson The Chief Inspector, of These
grossly Unconstitutional Deprivations
which Mr. Wilson Completely Disregarded,
refusing To necessary actions To end such
Transgressions, deeming The Defendant
a responsible necessary as a Condoning Culprit.

XIII. Due To listed Defendants and State
Officials infringements upon Plaintiffs
Rights, with The Deprivation of State
Remedy, Plaintiff was unable To Comply
with Exhaustion requirement on Certain
aspects of Case.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO ~ 21/33

~ WESTERN DIVISION ~

1:16-CV-487                                                    Jan 31, 2017

E.   ACTS OF RETALIATION
                    CAMPAIGN OF HARRASSMENT
U.S. MAIL OBSTRUCTIONS - TAMPERING
UNLAWFUL INVASIONS & OPERATIONS

I. THIS SECTION OF THE COMPLAINTS ASSERTIONS
INVOLVE AFFIRMATIONS CONTAINING VIOLATIONS
OF FIRST AMENDMENT RIGHTS WITH U.S. MAIL
OBSTRUCTIONS, TAMPERINGS, INTRUSIONS, AND UNLAW-
-FUL OPERATIONS, COMMITTED IN A RETALIATORY
FASHION AND STRATEGIC MANNER. THE RESPONSIBLE
STATE OFFICIALS ABLE TO BE IDENTIFIED INCLUDE
BUT IS NOT LIMITED TO THE FOLLOWING PARTIES:
DEPUTY WARDEN COOL MAIL ROOM SUPERVISORS
MR. FRAZUE & MR. WHITEMAN, MAIL ATTENDANTS
MR. MEAD & MR. SATTERSFIELD AND UNIDENTIFIED
CULPRITS. PLAINTIFF SOUGHT TO UTILIZE AND
EXHAUST ALL AVAILABLE STATE REMEDY
FOR EACH INDEPENDANT ACT OF U.S. MAIL
OBSTRUCTION WHEN PERMITTED BY STAFF.

II. PLAINTIFF, WITHIN THIS SECTION OF THE
COMPLAINTS DESCRIPTION LIST EACH ACT OF
INDEPENDANT OBSTRUCTION AS ENCOUNTERED
AND CONFIRMED.
                    ACT 1: ON JUNE 12TH 2014 THE
PLAINTIFF WAS TRANSFERED FROM S.O.C.F. TO
FRANKLIN MEDICAL CENTER (F.M.C.) FOR A HUNGER
STRIKE, AND WAS ADMITTED FROM JUNE 12TH TO AUG.
12TH 2014. DURING THIS TIME LISTED DEFENDANTS
AND RESPONSIBLE STATE OFFICIALS REFUSED TO
FORWARD ALL OF PLAINTIFFS RECEIVED MAIL
DURING ABSCENCE IN DIRECT VIOLATION OF POLICY
PROCEDURES AND PLAINTIFFS CONSTITUTIONAL
RIGHTS. PLAINTIFF, UPON EXHAUSTING STATE
REMEDIES IN THIS AFFAIR, DID INFACT OBTAIN
A DECISION VERIFYING AND CONFIRMING THE
UNCONSTITUTIONAL TRANSGRESSIONS.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO 22/33
### ~ WESTERN DIVISION ~

1:16-CV-487                                                    Jan. 31, 2017

ACT 2: On February 18TH, 2015, in S.O.C.F.'s Housing unit L-7, Plaintiff received Legal mail from This Court. This particular parcel of Legal mail was post dated February, 5TH, 2015 and was intentionally with-held by Listed Defendants and responsible State officials, in direct violation of Policy, procedures, and Constitutional Rights. This form of U.S. mail Tampering only Continue To Occur To This very day. Plaintiff did infact exhaust The State Remedy and does possess Documentation To show This act of U.S. mail Obstruction.

                                              ACT 3: Plaintiff, For The month of February, 2015, received absolutely none of The magazine subscript- ions subscribed To. This Failure To service Occurs with vindictive intent Only after Plaintiff receives a Decision by O.D.R.C.'s Chief inspector (Conform act 1's assertion) reversing The Denial of Grievance and Finding Favor in Plaintiffs appeal by affirming The act of U.S. mail Obstruction. After Plaintiff received a Decision by Chief inspector, Plaintiff Encounters a barrage of U.S. mail Obstructions.

ACT 4: Plaintiff, For The month of march, 2015, received absolutely none of The magazi- ne subscriptions subscribed To. Plaintiff also Continues To Encounter U.S. mail Obstructions in personal Communications.

ACT 5: This particular act of U.S. mail Obstruction pertains To Listed Defendants and S.O.C.F. State Officials intrusions of Confidential Legal affairs. Plaintiff, On June 19, 2015, in S.O.C.F.'s Housing unit J-1, rece- ived Legal mail from a mr. maynard with-

United States District Court
Southern District Of Ohio ~ 23/33
~ Western Division ~

1:16-CV-487                                    Janv 31 2017

- Acts - The Ohio Attorney General, regarding
matters on Civil Litigations. Instead of This
private and Confidential parcel of Legal
mail being properly serviced, as required,
delivery was made via regular mail listed
Defendants and responsible State Officials
violated plaintiffs Constitutional Rights by
unlawfully processing Confidential Legal
mail. listed Defendants and State officials
intruded upon The privacy of The Confident-
-ial Legal mail by opening The parcel outside
plaintiffs presence.
                    Act 6: On June, 19TH 2015
within S.O.C.F. Housing unit J-1, plaintiff
received yet another Legal parcel improp-
-rly serviced from Georgetown Law. This
particular parcel of Legal mail was once
again open outside The Presence of The
plaintiff, in direct violation of policy
procedure, and Constitutional Rights..

Act 7: This particular act of U.S. mail
Obstruction involves listed Defendants
and responsible State officials strategic
manipulations with mail Tampering and
property with-Holdings. As plaintiff Continues
To Encounter These acts of U.S. mail Obst-
-ructions The more intuitive and attentive
plaintiff becomes, being Completely Obser-
-vant To all mail. plaintiff On June 22, 2015,
within S.O.C.F.'s Housing unit J1, received
Legal Correspondence from This Court
(Cincinnati, OH). The Legal parcels (X-2)
received were post dated June, 18, 2015..
On June 23rd, 2015, plaintiff received yet
another Legal parcel, again, from Cincinnati.
The post date on This parcel of Legal mail
was June, 17, 2015, which only goes To show and
reveal The intentional manipulations with
selective Service and property with-Holdings.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO - 24/33

- WESTERN DIVISION -

1:16-CV-487                                        Jan 31, 2017

· ACT 7 - Plaintiff, upon making discovery of such strategically crafted tactic with the selective service and timely with-holdings putforth intensive examinations in all mail received... It was then after, Plaintiff makes discovery of a flurry of mail obstructions...

ACT 8: This act of U.S. mail obstruction involves a incident affecting a group of prisoners within housing unit J-1 of S.O.C.F. Plaintiff along with other parties, upon confirming these acts of U.S. mail obstructions, utilized the available state remedies, in a group effort to obtain solution and end such unlawful actions. Upon utilizations there-of, not only does Plaintiff encounter further mail obstructions in retaliation by listed defendants, but also Plaintiff is unjustly inflicted with a vindictively conceived state remedy grievance restriction, as is asserted in section D of this complaint (Please refer pg. 18 para i-xiii). This entire incident occurs in June-July 2015, and Plaintiff has obtained declarations to support.

ACT 9: This particular act of U.S. mail obstructions pertains to the listed defendants and responsible state officials further strategic methods of such grossly unconstitutional mail services. This incident as encountered, only goes to confirm such blatantly intentional acts of unlawful U.S. mail obstructions, with timely intrusions, with-holdings, and selective servicing, all committed in a deviously deceitful fashion. In the month of May, 2015, Plaintiff's family member made purchase of legal books from Prison Legal News (Tracking No. 94490018995623 - 75854057). These books were to assist Plaintiff in pro-se litigations. These legal books arrived on this facility on May, 21, 2015 as indicated -

# United States District Court
## Southern District of Ohio ~ 25/33
### ~ Western Division ~

1:16-cv-487                                    Jan. 31, 2017

~ act 9: ~ by tracking listed defendants and unidentified state officials intentionally with-held these legal books untill July 2015. It was not untill I was advised by family that the books had long ago arrived that I began to inquire into the legal books where-abouts, that listed defendants acknowledged possession, after with-holding them for such a time~ listed defendants made feeble attempts in fabricating justification in the unlawful with-holding by falsely relaying a fraudulent date of receipt, with these legal books... plaintiff did utilize the state remedy, and infact obt-ained favor by the departments inspector confirming both the Grievance assertion and the unlawful act of U.S. mail obstruction.

act 10: This particular act of U.S. mail obstruction pertains to legal correspondence from this very court. The confidential parcel of legal mail was infact cleverly with-held by listed defendants and state officials in a timely fashion with under-lying intentions of hindering and disrupting plaintiffs ability in Civil Litigations. On monday, July 6th, 2015, plaintiff received a court order ~ Civil Case 1:14-cv-199 Doc 115~ the postdate on the legal parcels carrier was June 23rd, 2015. Due to listed defendants and state officials strategically intentio-nal with-holdings, selective services and timely delays, such obstructive tamperings interupted plaintiffs ability to litigate in response...

act 11: This particular act of U.S. mail obstructions pertains to listed defendants and state officials deviously imposed and deceitfully crafted mail interuptions involving plaintiffs serviced legal request which was made to this ~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO - 26/33
- WESTERN DIVISION -

1:16-cv-487                                          Jan. 31, 2017

~ ACT II ~ Court On July, 12 2015, at S.O.C.F., in
Housing Unit J-1, Plaintiff made Service
of a legal request intended for This Court.
address as stated: U.S. District Court, S.O.-W.D.
100 E. Fifth St. Cincinnati, OH, 45202. Plaintiff
on July, 22, 2015, received The Serviced legal
request, with a invalid and fraudulently
applied "Not Known (address)" unable to Forward.
The Serviced Legal Request was Correctly
addressed and Clearly marked "Legal Mail"
and "Confidential". - This Legal request was
returned deceitfully, inorder to impede upon
Plaintiffs abilities in Civil Litigations with
The Interuptions of Legal Request, without by
The Deceptively forged application of "unkn-
~own address. This Form of U.S. mail obstruct-
~ion, occurs quite frequently in all Forms of
prisoner mail, and is utilized to Detour mail
communications under wrongful assumptions.

ACT 12: This act of U.S. mail Obstruction Pertains
To a intrusion of privacy, with Defendants
and State Officials invasions in Confident-
~ial legal affairs. The particular parcel
of Legal mail intruded upon, once again, is
From This Court. On Aug. 17 2005, at S.O.C.F.
Plaintiff received Legal Communications
From This Court post Dated Aug 13, 2015.
This Confidential parcel of Legal mail
was infact unlawfully open open outside
Plaintiffs persons. Constituting a invasive
intrusion of Privacy. Defendant satterfield
made Service of This parcel.

                              ACT 13: Once again,
Plaintiff encounters further Acts of U.S. mail
Obstructions and Hindering Disruptions with
Defendants, fraudulently forged applications
of "invalid/unknown address". Plaintiff, On
Aug. 21st, 2015, received a returned legal parcel.
This parcel of Legal mail, was a Request
To The Prisoners Self Help Legal Clinic. ~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO - 27/33
WESTERN DIVISION

1:16-CV-487 ———————————————→ Jan 31, 2017

~ ACT 13 ~ This Legal Parcel was Serviced On Nov, 5TH, 2014. Nearly a year it was Held From Plaintiff, and Finally Return.

ACT 14: This particular act of U.S. Mail Obst-ruction involves Listed Defendants and responsible State officials unlawful Tamp-erings, with deprivations thereof. This act pertains to a unlawful Confiscation of a Legal parcels Carrier, depriving the Plaintiff of The Return address For a response to be made. This Legal Parcel relates to Civil Litigations on Case 1:14-CV-788 with a Correspondence From The Ohio attorney General (Mr. Maynard). This Legal Parcel was Serviced via U.P.S. Next Day Air" - Tracking No. 1Z474833231029883?, On Aug. 21, 2015, and unlawfully withheld untill Defendants made Selective Service On Aug. 25, 2015. This Timely with-holding was Conformed upon Plaintiff making Compacis-on to another Legal Correspondence. On This Day, Aug. 25th, 2015, Plaintiff was unlawfully stripped and deprived of This Legal Parcels Mail Carrier by Defendant Mr. Mead.

ACT 15: This particular act of U.S. Mail Obstruction pertains to Listed Defendants and responsible State officials vindictively Conceived and unlawfully Derived Denials on Plaintiff's request For Certified Mail as method of Service. Plaintiff, On Sept 4TH, 2015 made Service of Legal Correspondence by intended Certified Mail. Plaintiff was Charged $4.43 For postage, and Denied The selected Service of Certified Mail.

ACT 16: This act of U.S. Mail Obstruction involves Listed Defendants and State officials, once again, Committing intentional acts of invasive intrusions in Confidential Legal Mail, unlawfully Derived - - - - -

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### ~ WESTERN DIVISION ~

1:16-CV-487                                    Jan. 31, 2017

~ Act 16 ~ On October 13TH, 2015, within S.O.C.F's
Housing unit K-2, Cell 59, plaintiff received
legal mail from the Inter American Commi-
-ssion of Human Rights, involving Confidential
affairs on a petition for Redress... This
Confidential parcel of legal mail was
unlawfully serviced via regular mail,
and open outside the plaintiffs presence
Constituting invasions of privacy. This act
of unlawful service was Committed by
listed Defendants and state officials
within The mail Room.

act 17: This particular
act of U.S. mail obstruction pertains to listed
Defendants and responsible state officials
unlawfully Construed restrictions regarding
approved Literature. On Oct 28TH, 2015, within
S.O.C.F's Housing unit K-2, plaintiff was served
with a notice of Confiscation regarding a
received book. The Confiscation of this
book is empty and without merit. Listed
Defendants and state officials have onfact
unlawfully implemented this book Confisca-
-Tion, and unjustly deprive The plaintiff
of any forms nor opportunities to appeal
such Confiscation in direct violation of
plaintiffs Rights...

act 18: This act of mail
obstruction pertains To yet another incident
of listed Defendants and state officials inva-
-sive intrusions into plaintiffs Confidential
legal mail. On Nov. 9TH, 2015, within S.O.C.F's Housing
unit K-2 plaintiff received Confidential
legal mail from a attorney of law, in relation
To Criminal prosecution in Scioto County, Ohio.
Once again, a Confidential legal Correspon-
-dence was serviced via regular mail, being
open up outside the presence of the plaintiff
Constituting a unlawful act of invasion of
privacy, in direct violation of plaintiffs
Rights...

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO 29/33
### Western Division

1:16-cv-487                                                  Jan. 31, 2017

ACT 19: This particular act of U.S. mail obstr-
-uctions involves yet another unlawful
confiscation, committed by listed defendants
and state officials. On December 1st, 2015 with-
in S.O.C.F. Housing unit K4, cell 2, at or around
3:15 p.m. plaintiff received communications
from Central Texas A.D.C. out of Austin Texas.
The parcel of mail was sent by First Class
mail, and post dated Nov. 20th, 2015. Not only was
this correspondence intentionally with-held
for a extended duration, but also, after plaintiff
reviewed the included communications which
stated all of the contents sent, it was then
discovered that listed defendants and state
officials unlawfully confiscated a document
included. This unlawful confiscation was comm-
-itted with absolutely no notification, in direct
violation of plaintiffs rights.
                                    ACT 20: This ~
series of U.S. mail obstructions involves listed
defendants and state officials unlawful
tamperings, unethical with-holdings and selective
servicing of legal correspondence. The listed
defendants and state officials continue to put-
-forth strategically crafted and insidiously
clever mail with-holdings, all set-in-place in
order to hinder and interrupt plaintiffs abilities
in the ongoing civil litigations. These ongoing
transgressions are repetitive in occurence and
plaintiff only continues to encounter such.
Parcel One: Legal mail from the Ohio attorney
general post dated Dec. 8th 2015, received and
delivered December 17, 2015. Parcel Two: legal
mail from the U.S. District Court post dated Dec.
-9th 2015, received and delivered Dec. 21, 2015.
Parcel Three: legal mail post dated Dec. 7, 2015
received and delivered Dec. 22, 2015. Plaintiff
recites these recorded dates in the complaints
assertions in order to show the courts the
unlawful with-holdings and timely selective
servicing by the listed defendants and state
officials and their calculated manipulations
in plaintiff's legal correspondence and ~

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO 30/33
## ~ WESTERN DIVISION ~

1:16-cv-487                                      Jan 31, 2017

~ ACT ~ 20: Civil Litigations... Plaintiff continues
to encounter these forms of mail obstructions
and it is quite apparent that listed Defendants
and state officials intend to hinder and inter-
upt Plaintiff's legal affairs with violations
of rights...              ACT 21: This particular incident of
U.S. mail obstructions involves listed Defendants
and state officials further unlawful with-hold-
ings and selective servicing of legal books...
On December 14th, 2015 within S.O.C.F. Housing
unit K4 cell 2, Plaintiff received several
legal books from Lucy Parsons Bookstore...
Plaintiff upon receiving the attached invoice
and inspecting it immediately discovered that
the date of actual service was Sept 15, 2015.
Listed Defendants and state officials
once again timely with-held legal provisions
in direct violation of Plaintiff's rights...

ACT 22: This series of U.S. mail obstructions
involves listed Defendants & state official's
ongoing and continued hindering interruptions
on both Plaintiff's sent and received per-
sonal communications and magazine subscript-
ions. Plaintiff for the month of January 2016
received absolutely none of the magazine
subscriptions nor personal mail. Listed Defen-
dant and responsible state officials, are in
fact deviously and vindictively re-routing Pla-
intiff's mail to other housing units, so Plaintiff
never receives such, in direct violation of
rights...              ACT 23: This particular act of U.S. mail
obstruction pertains to listed Defendants and
state officials intentional interruptions and
calculated interference on Plaintiff's ability
in accessing courts with destructions of a
complete and serviced Civil Complaint which
was intended for this court... This particular
act of U.S. mail obstruction, in and of-itself ~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO ~ 31/33
~ WESTERN DIVISION ~

1:16-CV-487                                    Jan. 31, 2017

~ ACT 23 ~ CONSIST OF ONE OF THE MORE SEVERE
TRANSGRESSIONS, AND IS DIRECTLY IN RELATION TO
THIS CIVIL CASE. PLAINTIFF, ON NOV. 13TH, 2015, AT
S.O.C.F. DID INFACT SERVICE A 30 PLUS PAGE
CIVIL COMPLAINT TO THIS COURT, CONTAIN BASIC
ASSERTIONS SET FORTH IN SEVERAL SECTIONS
OF THIS COMPLAINT ( PLEASE MAKE REFERENCE ~
~ TO CIVIL CASE 1:14-CV-199 GALLANT V. AUPED WITH ~
~ DOC NO. 159 FILED NOV. 24, 2015 ). ON NOV. 19, 2015,
A MONETARY CASH DEDUCTION WAS INITIATED, WITH
A $5.95 WITHDRAWL MADE FROM PLAINTIFFS PERSON-
-AL ACCOUNT FOR POSTAGE IN THE SERVICED CIVIL
COMPLAINT. LISTED DEFENDANTS AND STATE
OFFICIALS THEN PROCEED TO ISSUE PLAINTIFF'S
SERVICED CIVIL COMPLAINT A FRAUDULENT
AND INVALID POSTAL TRACKING NUMBER AS SHOWN
OF THE CASH WITHDRAWL SLIP ( 9114 9899 4431 7312 47).
THIS WAS DONE INORDER TO MAKE IT APPEAR AS IF
THE PARCEL OF LEGAL MAIL WAS INFACT SERVICED,
WHEN IN ALL ACTUALITY IT WAS NOT. THE LISTED
DEFENDANTS AND STATE OFFICIALS DID INFACT
OBSTRUCT AND DESTROY PLAINTIFF'S PARCEL OF
LEGAL MAIL CONTAINING THE CIVIL COMPLAINT
IN DIRECT VIOLATION OF PLAINTIFFS CONSTITUTI-
-ONAL RIGHTS. THE SERVICED CIVIL COMPLAINT
NEVER LEFT THIS FACILITY AS THE POST OFFICE
HAS ABSOLUTELY NO RECORD OF SUCH, AND SO THE
PLAINTIFF WAS FORCED TO REDRAFT THE ENTIRE
CIVIL COMPLAINT. PLAINTIFF WAS ALSO UNJUSTLY
DENIED STATE REMEDIES IN THIS MATTER, BUT
DID EXHAUST ALL SUCH THAT WAS AVAILABLE.

     PLAINTIFF, FOR ALL ENCOUNTERS OF CONFIRMED ACTS
OF U.S. MAIL OBSTRUCTIONS, DID INFACT UTILIZE AND
EXHAUST ALL AVAILABLE STATE ADMINISTRATIVE
REMEDY, AS FEDERALLY REQUIRED, AND AS PERMITTED
BY LISTED DEFENDANTS AND STATE OFFICIALS.
AS TRANSCRIBED IN SOME INSTANCES STATE REMEDY
WAS MADE FUNDAMENTALLY UNVAILABLE. PLAINTIFF
REQUEST THE COURTS HOLD DEFENDANTS ACCOUNTABLE
FOR ALL VIOLATIONS OF THE CONSTITUTION.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO 32/33
### ~ WESTERN DIVISION ~

1:16-CV-487                                                Jan 31, 2017

## E. ~ JUSTIFICATION FOR ACTION ~
## ~ CAUSE FOR CIVIL CASE TO COMMENCE ~

I. PLAINTIFF CONTENDS THAT THERE REMAINS A AMPLE AMOUNT OF SUFFICIENT JUSTIFICATIONS PRESENT WITHIN THESE CIVIL ASSERTIONS TO SUBSTANTIATE CAUSE IN THIS ACTION TO PROCEED IN THIS VENUE OF JUDICIAL LAW.

II. AS SET FORTH IN STIPULATIONS WITHIN THE CIVIL COMPLAINTS ASSERTIONS, THE PLAINTIFF HAS INFACT BEEN SUBJECTED TOO AND SUFFERED FROM BLATANT VIOLATIONS AND MALICIOUS DEPRIVATIONS OF HIS FIRST, EIGHTH, AND FOURTEENTH AMENDMENT RIGHTS. ALL UNCONSTITUTIONAL TRANSGRESSIONS AS TRANSCRIBED, WERE CONSCIOUSLY COMMITTED BY LISTED DEFENDANTS AND STATE OFFICIALS IN A VINDICTIVELY INTENTIONAL FASHION, AND RETALIATORY MANNER.

III. PLAINTIFF, THEREFORE, AS A PROUD CITIZEN OF THE UNITED STATES OF AMERICA, COMES BEFORE THE HONORABLE DISTRICT COURTS FOR THE SOUTHERN DISTRICT IN THE WESTERN DIVI- ~SION TO RIGHTFULLY EXERCISE PROCEDURAL ENTITLEMENTS BY EXTENDING PURSUITS IN CIVIL LITIGATIONS FOR ALL CONSTITUTIONAL VIOLATIONS AND DEPRIVATIONS, CAUSING SUCH IN THE PROPER AND APPROPRIATE VENUE OF LAW. PLAINTIFF AS RIGHTFULLY ENTITLED COMES BEFORE THE HONORABLE COURTS TO PETITION THE JUDICIAL CHAMBERS TO THERE- FORE PETITION FOR ELIGIBLE RELIEF, REMEDY AND REDRESS, AS DETERMINE TO BE JUST AND FAIR. PLAINTIFF CONTINUES TO SUFFER GROSSLY UNCONSTITUTIONAL INFLICTIONS AS ASSERTED WITHIN THIS CIVIL COMPLAINT. PLAINTIFF ASK THE COURTS TO APPLY IT'S JUDICIAL DISCRETIONS AND INTERPRETATIONS TO ALL SUBJECT MATTER DURING EXAMINATIONS.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
## ~WESTERN DIVISION~

1:16-cv-487                                          Jan. 31, 2017

## C.   PRAYER FOR RELIEF & REDRESS

1. Wherefore the plaintiff implores upon the Honorable Courts requesting that:

A. Declare that the acts committed and the omissions asserted within the Complaints inscriptions are in fact in direct violation of plaintiff's Constitutional Rights.

B. Order all Defendants and Responsible State Officials to afford monetary, compensatory and punitive damages, as seen just and fit.

C. Order all Defendants and Responsible State Officials to pay nominal damages.

D. Order all Defendants and Responsible State Officials to pay and afford all attorney fees, litigation and Court costs. ~ and, ~

E. Grant any and all just equitable judicial relief that the Courts may determine and deem fit as a matter of Constitutional law.

Respectfully Submitted:

EXECUTED and ENDORSED:

January 31, 2017

Jeremy P. Gallant
Jeremy P. Gallant
No. 627-283 ~ S.O.C.F.
P.O. Box 45699
Lucasville, OH 45699

I, Jeremy P. Gallant, Pursuant to 28 U.S.C. § 1746 Do Declare and Legally affirm under pains and penalties of perjury that all Transcriptions and Constitutional assertions contain truthful fact. This I Do Swear and affirm in a Court of Law.

# United States District Courts
# Southern District of Ohio
## ~ Western Division ~

Jeremy P. Gallant
No. 627-283 ~ S.O.C.F.
P.O. Box 45699
Lucasville OH 45699

Case

1:16~CV~487

January 31, 2017
Scioto County Ohio

v.

M. Crooган
et al
Defendants

# Appendix ~ Sectionalized Segments
## / Verified Amended Civil Complaint

I. The following inserts contain recitings of the individual segments of sectionalized assertions included in the verified amended complaint. This is done in accordance with local rule 7.2 (a)(3) "motions and other papers".

I. Introduction ~ pg 1-2, paragraphs I-III

II. Sec A. Prospective Defendants ~ pg 2 ~ para: I-II

III. Sec B. "Exhaustion of State Remedy ~ pg 3~ para: I-II

IV. Sec C. "Constitutional Assertions pg 3~ para I

V. Sec C. Seg A. "Prejudicial Perjury ~ pg 3-5~ para I-XI

VI. Sec C. Seg BI. "Acts of Retaliation pg 6-8~ para I-XVii

VII. Sec C. Seg BII. "Medical Indifference pg 9-14- para I-XX ~IV

VIII. Sec C. Seg C. "Retaliations pg 14-17 para A1.-A15

IX. Sec C. Seg D. "Retaliations ~ pg 18-20 para I-XIII

X. Sec C. Seg E. "Retaliations ~ pg 21-31 para I-II-A1.-A23

XI. Sec C. Seg F. "Justification For Action pg 32 para I-III.

XII. Sec C. Seg G. "Prayer For Relief pg 33 ~ para I-A-E