# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| JEREMY P. GALLANT,<br>Plaintiff, | Case No. 1:16-cv-487<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| ANTHONY CADOGAN, et al.,<br>Defendants. | **ORDER** |

This matter is before the Court on defendants' motion to extend the dispositive motion deadline of June 5, 2017 by 60 days (Doc. 44) and plaintiff's motions to extend the discovery deadline of May 3, 2017 (Docs. 38, 45).

For good cause shown, the motions are **GRANTED**. The discovery deadline is extended to **August 7, 2017** and the dispositive motion deadline is extended to **September 5, 2017**.

**IT IS SO ORDERED.**

Date: 6/7/17

Karen L. Litkovitz
United States Magistrate Judge