# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JEREMY P. GALLANT,
Plaintiff

Case No. 1:16-cv-00487

Barrett, J.
Litkovitz, M.J.

vs.

MR. CADOGAN, et al.,
Defendants.

**ORDER**

Plaintiff, an inmate at the Southern Ohio Correctional Facility, brings this pro se action under 42 U.S.C. § 1983 claiming violations of his civil rights. On *sua sponte* review of the original complaint under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), the undersigned recommended that certain claims be dismissed and ordered that plaintiff could proceed on other claims. (Doc. 5). Plaintiff objected to the Report and Recommendation (Doc. 7), defendants filed a response (Doc. 17), and plaintiff filed a reply (Doc. 20). The objections remain pending. Plaintiff subsequently filed motions for leave to supplement/amend the complaint and add parties as defendants (Docs. 36, 37), and he submitted a proposed amended complaint. (Doc. 39). The undersigned will defer ruling on these motions and on the proposed amended complaint pending the District Judge's decision on plaintiff's objections to the initial Report and Recommendation. (Doc. 7). The discovery and dispositive motion deadlines set forth in the Court's Order dated June 7, 2017 (Doc. 47) are **STAYED** pending the District Judge's ruling on plaintiff's objections and further Order of the Court.

**IT IS SO ORDERED**.

Date: 6/26/17

Karen L. Litkovitz
United States Magistrate Judge